UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 1:21-cv-01813-AJN

CRISTIAN SANCHEZ, on behalf of himself and
All others similarly situated,

        Plaintiffs,

vs.

MONEY METALS EXCHANGE LLC,

        Defendant.
_____/

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2021
```

## ORDER OF DISMISSAL *WITH PREJUDICE*

**THIS CAUSE** came before the Court on the Plaintiff, CRISTIAN SANCHEZ ("Plaintiff"), and Defendant, MONEY METALS EXCHANGE LLC's ("Defendant") Joint Stipulation of Dismissal *with Prejudice*, and the Court, having considered same, having reviewed the file, and being otherwise advised in the premises, hereby **ORDERS AND ADJUDGES**:

1. The above-styled action is hereby **DISMISSED *WITH PREJUDICE***;
2. The Clerk shall deny any pending Motions as moot; and
3. Each party shall bear their own attorneys' fees, expert fees, paralegals' fees, and costs, except as otherwise provided in the Parties' Confidential Settlement Agreement.

**DONE AND ORDERED** in Chambers, in New York County, New York, this 4th day of May 2021.

                *Alison J. Nathan*
                _____
                THE HONORABLE ALISON J. NATHAN
                UNITED STATES DISTRICT JUDGE

Copies furnished to:
Andrew C. Karter, Esq.;
Joseph H. Mizrahi, Esq.